| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 3:04CR54-003/RV |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 07 00104 JF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Joshua R. Fincannon Northern District of California | DISTRICT Florida Northern | DIVISION Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/02/2004 — TO 12/01/2007 |

OFFENSE

Counts 94-108, Bank Fraud, 18 U.S.C. §§ 1344 and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/2/07
Date

*[signature]*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/21/07
Effective Date

*[signature]*
United States District Judge

FILED 2007 FEB 27 P 3:12
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

07 MAR -5 PM 3:46

FILED